[No. 2837. Decided May 27, 1898.]

GEORGE W. FISHER *et al.*, *Appellants*, v. GEORGE B. KITTINGER, *Respondent.*

Appeal from Superior Court, King County.—Hon. E. D. BENSON, Judge. Reversed.

*Ira Bronson,* for appellants.

*Per Curiam.*—The only point involved in this appeal was expressly decided by the court in the case of *Bettman v. Cowley, ante,* p. 207 (53 Pac. 53); but after the judgment herein was rendered, and upon the authority of that case, this judgment is reversed, and the cause remanded for further proceedings accordingly.